UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Mary J. Walton,

                Plaintiff(s),

v.

K-Mart, Inc., et al.,

                Defendant(s).
_____/

CASE NO. C07-00707 PHJ

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✔    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
      the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✔    other requested deadline  8/17/07

Dated: 4/19/07

Dated: 4/19/07

/s/ Victor C. Thuesen
Attorney for Plaintiff

/s/ Marrian S. Chang
Attorney for Defendant

**[~~PROPOSED~~] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
      Non-binding Arbitration
      Early Neutral Evaluation (ENE)
✔   Mediation
      Private ADR

Deadline for ADR session
      90 days from the date of this order.
✔   other  8/17/07

IT IS SO ORDERED.

Dated: 4/20/07



UNITED STATES DISTRICT JUDGE
IT IS SO ORDERED
Judge Phyllis J. Hamilton

**CERTIFICATE OF SERVICE**

I, Jovania Faamaligi, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 633 West Fifth Street, 53rd Floor, Los Angeles, CA 90071, telephone no. (213) 239-9800.

On April 19, 2007, I served a copy of the following document: **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS,** on the parties to this action by placing them in a sealed envelope(s) addressed as follows:

> Victor C. Thuesen, Esq.
> Law Offices of victor C. Thuesen
> 11 Western Avenue
> Petaluma, CA 94952
> **Counsel for Plaintiff Mary J. Walton**
>
> Marc Francis
> Law Offices of Marc Francis
> 101 Golf Course Drive, Suite 217
> Rohnert Park, CA 94928
> **Co-Counsel for Plaintiff Mary J. Walton**

☒ (BY MAIL) I placed the sealed envelope(s) for collection and mailing by following the ordinary business practices of Ogletree, Deakins, Nash, Smoak & Stewart, P.C., Los Angeles, California. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed on April 19, 2007, at Los Angeles, California.

Jovania Faamaligi

1.
CERTIFICATE OF SERVICE