1  CHERYL L. SCHRECK, State Bar No.: 130083
   MARRIAN S. CHANG State Bar No.: 211561
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   633 West Fifth Street, 53rd Floor
3  Los Angeles, California 90071
   Telephone:  (213) 239-9800
4  Facsimile:   (213) 239-9045
   cheryl.schreck@ogletreedeakins.com
5  marrian.chang@ogletreedeakins.com

6  Attorneys for Defendant
   Kmart Corporation (Erroneously sued as Kmart, Inc.)
7
   VICTOR C. THUESEN, State Bar No.: 92467
8  LAW OFFICES OF VICTOR C. THUESEN
   11 Western Avenue
9  Petaluma, California 94952
   Telephone: (707) 763-5030
10 Facsimile: (707) 763-1848
   vthuesen@sbcglobal.net
11
   MARC C. FRANCIS, State Bar No.: 130934
12 LAW OFFICES OF MARC FRANCIS
   101 Golf Course Drive, Suite 217
13 Rohnert Park, California 94928
   Telephone: (707) 664-9675
14 Facsimile: (707) 664-9299

15 Attorneys for Plaintiff
   Mary J. Walton
16

17                UNITED STATES DISTRICT COURT

18                NORTHERN DISTRICT OF CALIFORNIA

19

20 MARY J. WALTON,                    )  Case No. C 07-00707 PJH
                                      )
21         Plaintiff,                 )
                                      )  **STIPULATION AND [PROPOSED]
22   v.                               )  ORDER EXTENDING
                                      )  MEDIATION COMPLETION
23 K MART, INC.; and DOES 1-100,      )  DATE**
   INCLUSIVE,                         )
24                                    )
           Defendants.                )
25                                    )
                                      )
26                                    )
                                      )
27                                    )

28 / / /

**TO THE HONORABLE PHYLLIS J. HAMILTON:**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Mary J. Walton ("Plaintiff") and Defendant Kmart Corporation ("Defendant"), through their respective counsel of record, that the mediation in the above-referenced matter currently scheduled to take place before the Court-appointed mediator, Andrew Wiener, Esq., on August 14, 2007, be continued to September 25, 2007, for the following reasons:

1. When the parties originally agreed to schedule the court-ordered mediation in this matter for August 14, 2007, the parties believed that necessary discovery would be completed by the August 14 date in order to conduct a meaningful and productive mediation in an effort to resolve this matter short of trial. Unfortunately, although the parties have exchanged written discovery in this matter, critical depositions have not yet been completed by the parties. Indeed, after the parties agreed to the August 14 mediation date, Marriann Chang, who had been primarily working on this matter on behalf of Defendant, unexpectedly took an extended leave of absence from work and was scheduled to return to work in July 2007. It was expected that when Ms. Chang returned from leave of absence, she would take and defend the depositions scheduled in this matter in order to prepare for mediation. Just prior to her expected return to work, Ms. Chang advised that she was extending her leave of absence indefinitely. Consequently, discovery that the parties hoped and expected to take at the end of July and first part of August in order to prepare for the mediation did not take place as contemplated by the parties when the August 14 date was scheduled. The parties believe that the mediation will not be successful unless and until various depositions have been completed. Accordingly, the parties have agreed to take necessary depositions for a productive mediation by mid-September 2007. Both the parties and the court-appointed mediator, Andrew Wiener, are available on September 25, 2007, for mediation and have tentatively scheduled that date on their respective calendars for mediation in this case. In light

1  of the foregoing, the parties respectfully stipulate and request that the mediation in
2  this case, currently scheduled for August 14, 2007, be rescheduled for September 25,
3  2007, before Andrew Wiener, Esq.
4      IT IS SO STIPULATED.

5
6  DATED: August 7, 2007

    VIC THUESEN
    MARC FRANCIS

    By _____
        Vic Thuesen

    Attorneys for Plaintiff Mary Walton

11
12  DATED: August 6, 2007

    CHERYL L. SCHRECK
    MARRIAN S. CHANG
    OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.

    By _____
        Cheryl L. Schreck

    Attorneys for Defendant Kmart
    Corporation (Erroneously sued as Kmart, Inc.)

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

DATED: 8/13/07



Hon. Phyllis J. Hamilton
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

3.

# CERTIFICATE of SERVICE

I, Joslin Rudd, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 633 West Fifth Street, 53rd Floor, Los Angeles, CA 90071.

On August 10, 2007, I served a copy of the following document:

**STIPULATION AND [PROPOSED] ORDER EXTENDING MEDIATION COMPLETION DATE**

on the parties to this action by placing them in sealed envelopes addressed as follows:

Victor C. Thuesen, Esq.
LAW OFFICES OF VICTOR C. THUESEN
11 Western Avenue
Petaluma, California 94952

☒ **(By United States Mail)**: I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed on August 10, 2007, at Los Angeles, California.

/s/ Joslin Rudd
Joslin Rudd