| | |
|---|---|
| 1 | CHERYL L. SCHRECK State Bar No.: 130083 |
|   | MARRIAN S. CHANG State Bar No.: 211561 |
| 2 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|   | 633 West Fifth Street, 53rd Floor |
| 3 | Los Angeles, California 90071 |
|   | Telephone:  (213) 239-9800 |
| 4 | Facsimile:   (213) 239-9045 |
|   | cheryl.schreck@ogletreedeakins.com |
| 5 | marrian.chang@ogletreedeakins.com |
| 6 | Attorneys for Defendant |
|   | Kmart Corporation (Erroneously sued as Kmart, Inc.) |
| 7 |   |
| 8 | VICTOR C. THUESEN, State Bar No.: 92467 |
|   | LAW OFFICES OF VICTOR C. THUESEN |
| 9 | 11 Western Avenue |
|   | Petaluma, California 94952 |
| 10 | Telephone: (707) 763-5030 |
|   | Facsimile: (707) 763-1848 |
| 11 | vthuesen@sbcglobal.net |
| 12 | MARC C. FRANCIS, State Bar No.: 130934 |
|   | LAW OFFICES OF MARC FRANCIS |
| 13 | 101 Golf Course Drive, Suite 217 |
|   | Rohnert Park, California 94928 |
| 14 | Telephone: (707) 664-9675 |
|   | Facsimile: (707) 664-9299 |
| 15 | Attorneys for Plaintiff |
|   | Mary J. Walton |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY J. WALTON, | ) | Case No. C 07-00707 PJH |
| Plaintiff, | ) | |
| v. | ) | [~~PROPOSED~~] ORDER EXTENDING MEDIATION COMPLETION DATE |
| K MART, INC.; and DOES 1-100, INCLUSIVE, | ) | |
| Defendants. | ) | |

/ / /

1 IT IS HEREBY ORDERED that pursuant to the stipulation, it is ordered that the mediation
2 completion date be extended through and including January 31, 2008.

DATED: 9/21/07

Hon.
United



1.

[PROPOSED] ORDER EXTENDING MEDIATION COMPLETION DATE
CASE NO. C 07-00707 PJH

## CERTIFICATE OF SERVICE

I, Joslin Rudd, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 633 West Fifth Street, 53rd Floor, Los Angeles, CA 90071.

On September 21, 2007, I served a copy of the following document:

**[PROPOSED] ORDER EXTENDING MEDIATION COMPLETION DATE**

on the parties to this action by placing them in sealed envelopes addressed as follows:

Victor C. Thuesen
LAW OFFICES OF VICTOR C. THUESEN
11 Western Avenue
Petaluma, California 94952

☒ **(By United States Mail)**: I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed on September 21, 2007, at Los Angeles, California.

/s/ Joslin Rudd
Joslin Rudd

1.

[PROPOSED] ORDER EXTENDING MEDIATION COMPLETION DATE
CASE NO. C 07-00707 PJH