CHERYL L. SCHRECK State Bar No.: 130083
MARRIAN S. CHANG State Bar No.: 211561
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:   (213) 239-9800
Facsimile:   (213) 239-9045
cheryl.schreck@ogletreedeakins.com
marrian.chang@ogletreedeakins.com

Attorneys for Defendant
Kmart Corporation (Erroneously sued as Kmart, Inc.)

VICTOR C. THUESEN, State Bar No.: 92467
LAW OFFICES OF VICTOR C. THUESEN
11 Western Avenue
Petaluma, California 94952
Telephone: (707) 763-5030
Facsimile: (707) 763-1848
vthuesen@sbcglobal.net

MARC C. FRANCIS, State Bar No.: 130934
LAW OFFICES OF MARC FRANCIS
101 Golf Course Drive, Suite 217
Rohnert Park, California 94928
Telephone: (707) 664-9675
Facsimile: (707) 664-9299

Attorneys for Plaintiff
Mary J. Walton

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. WALTON,<br><br>                    Plaintiff,<br><br>          v.<br><br>K MART, INC.; and DOES 1-100, INCLUSIVE,<br><br>                    Defendants. | Case No. C 07-00707 PJH<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULES 6-2, 7-11 AND 40-1 TO CONTINUE TRIAL DATE AND OTHER LITIGATION DEADLINES |

///

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE TRIAL DATE AND OTHER LITIGATION DEADINES; CASE NO. CV C 07-00707 PJH

5218181_1

| | |
|---|---|
| 1 | GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the Joint Administrative Motion Pursuant to Local Rules 6-2, 7-11 and 40-1 to Continue Trial Date and Other Litigation Deadlines is GRANTED and the following litigation deadlines are extended as follows: |

1. The trial date, currently scheduled for April 21, 2008, is extended to June 23, 2008;

2. The Pre-Trial Conference, currently scheduled for March 20, 2008, is extended to May 29, 2008;

3. The hearing on dispositive motions, currently scheduled for December 12, 2007, is extended to March 12, 2008; and

4. The cutoff date for expert and non-expert discovery, currently scheduled for November 14, 2007, is extended to February 13, 2008.

IT IS SO ORDERED

DATED: 9/26/07

August is unavailable.

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1.

[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION TO CONTINUE TRIAL DATE AND OTHER LITIGATION DEADINES; CASE NO. CV C 07-00707 PJH

5218181_1

CERTIFICATE OF SERVICE

I, Joslin Rudd, declare:

I am and was at the time of the service mentioned in this declaration, employed in the County of Los Angeles, California. I am over the age of 18 years and not a party to the within action. My business address is Ogletree, Deakins, Nash, Smoak & Stewart, P.C., 633 West Fifth Street, 53rd Floor, Los Angeles, CA 90071.

On September 25, 2007, I served a copy of the following document:

**[PROPOSED] ORDER GRANTING JOINT ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULES 6-2, 7-11 AND 40-1 TO CONTINUE TRIAL DATE AND OTHER LITIGATION DEADLINES**

on the parties to this action by placing them in sealed envelopes addressed as follows:

Victor C. Thuesen
LAW OFFICES OF VICTOR C. THUESEN
11 Western Avenue
Petaluma, California 94952

Marc C. Francis
LAW OFFICES OF MARC FRANCIS
101 Golf Course Drive, Suite 217
Rohnert Park, California 94928

☒ **(By United States Mail)**: I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above. I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Ogletree, Deakins, Nash, Smoak & Stewart, P.C.'s practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and this declaration was executed on September 25, 2007, at Los Angeles, California.

/s/ Joslin Rudd
Joslin Rudd

1.

CERTIFICATE OF SERVICE; CASE NO. C 07-00707 PJH

5218181_1