UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY J. WALTON, | ) | |
| Plaintiff(s), | ) | No. C07-0707 PJH (BZ) |
| v. | ) | **INITIAL DISCOVERY ORDER** |
| K-MART, INC., et al., | ) | |
| Defendant(s). | ) | |

All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers.

1 | The party seeking discovery shall request a conference in a
2 | letter **filed electronically** not exceeding two pages (with no
3 | attachments) which briefly explains the nature of the action
4 | and the issues in dispute.  Other parties may reply in similar
5 | fashion within two days of receiving the letter requesting the
6 | conference.  The Court will contact the parties to schedule
7 | the conference.
8 | After the conference with the Court, if filing papers is
9 | deemed necessary, they should be filed **electronically** with the
10 | Clerk's Office, with **one hard copy delivered directly to**
11 | **Magistrate Judge Zimmerman's Chambers (Room 15-6688).**  A
12 | chambers copy of all briefs shall be submitted on a diskette
13 | formatted in WordPerfect 6, 8, 9, 10 or WordPerfect X3 or may
14 | be e-mailed to the following address: bzpo@cand.uscourts.gov
15 | Dated: October 22, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

19 | G:\BZALL\-REFS\WALTON\INITIAL DISC.ORDER.wpd