UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARY J. WALTON, | ) | |
| | ) | |
| Plaintiff(s), | ) | No. c 07-0707 PJH(BZ) |
| | ) | |
| v. | ) | **ORDER SETTING HEARING ON** |
| | ) | **PLAINTIFF'S MOTION TO COMPEL** |
| K-MART INC., et al., | ) | **AND MODIFYING BRIEFING** |
| | ) | **SCHEDULE** |
| Defendant(s). | ) | |

   **IT IS HEREBY ORDERED** that plaintiff's motion to compel discovery and sanctions shall be heard on **December 5, 2007 at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

   **IT IS FURTHER ORDERED** that defendant's opposition shall be filed no later than **November 1, 2007.** Any reply shall be filed no later than **November 8, 2007**.

Dated: October 22, 2007

                              _____
                                   Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-REFS\WALTON\Order setting hearing modifying briefing schedule.wpd

1