UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY J. WALTON,                )
                               )
        Plaintiff(s),          )    No. C07-0707 PJH (BZ)
                               )
   v.                          )    **SECOND DISCOVERY ORDER**
                               )
K-MART, INC., et al.,          )
                               )
        Defendant(s).          )
                               )
_____)

Along with its opposition to plaintiff's motion for an order compelling defendant to respond to certain discovery requests, defendant filed several amended discovery responses. Based on plaintiff's Reply, it is not clear what discovery responses are still at issue. Plaintiff is therefore **ORDERED** to file by **Friday, November 16, 2007** a new proposed order specifying exactly what discovery she still wants to compel.

Dated: November 13, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\WALTON v. K-MART\second discovery order2.wpd

1