UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE L. HART, | |
| Plaintiff(s), | No. C06-2519 CW (BZ) |
| v. | |
| J. CELAYA, et al., | **ORDER FOR FURTHER *IN CAMERA* REVIEW** |
| Defendant(s). | |

Having reviewed the *in camera* documents produced by defendant in response to my Order dated November 1, 2007, I find that ordinarily, the documents would be discoverable under an "attorney's eyes only" protective order. That is not an option in this case since plaintiff is pro se. To accommodate both the defendant's security concerns and any legitimate needs plaintiff might have for the information contained in these documents in opposing summary judgment, with the concurrence of Judge Wilken, I will forward the documents underseal to Judge Wilken's chambers for a further *in camera* review to determine whether they contain any

1

information material to the disposition of the pending summary judgment motion.

Dated: November 28, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\HART\IN CAMERA ORDER.wpd