UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY J. WALTON,

    Plaintiff,

    v.

K-MART, INC.,

    Defendant.

_____/

No. C 07-0707 PJH

**ORDER DENYING MOTION TO FILE DOCUMENTS UNDER SEAL**

On February 20, 2008, plaintiff Mary J. Walton filed an administrative motion seeking leave to file under seal (a) portions of her memorandum of points and authorities in opposition to the motion of defendant Kmart Corporation (sued as K-Mart, Inc.) for summary judgment; (b) certain portions of ¶¶ 18 and 22 of the Declaration of Victor Thuesen in opposition to Kmart's motion; and (c) Exhibits 8, 9, and 12-14 to the Thuesen Declaration. The stated basis for the motion was that the documents or information contained therein are materials designated as "Confidential" by Kmart and produced to plaintiff pursuant to a protective order.

Civil Local Rule 79-5 provides, in part, that

> [i]f a party wishes to file a document that has been designated confidential by another party pursuant to a protective order, or if a party wishes to refer in a memorandum or other filing to information so designated by another party, the submitting party must file and serve an Administrative Motion for a sealing order and lodged the document, memorandum or other filing in accordance with this rule. . . . Within five days thereafter, the designating party must file with the Court and serve a declaration establishing that the designated information is sealable, and must lodge and serve a narrowly tailored proposed sealing order, or must withdraw the designation of confidentiality. If the designating party does not file its responsive declaration as required by this subsection, the document or proposed filing will be made part of the public record.

Civ. L.R. 79-5(d).

As stated above, plaintiff filed the administrative motion on February 20, 2008. To date, Kmart has filed no responsive declaration. Accordingly, plaintiff's motion is DENIED. Plaintiff shall e-file the unredacted memorandum of points and authorities and the unredacted Declaration of Victor Theusen, no later than March 28, 2008. Plaintiff shall also provide the court with a chambers copy of the Theusen Declaration which includes tabs separating and marking the 15 exhibits to the declaration.

**IT IS SO ORDERED.**

Dated: March 27, 2008

PHYLLIS J. HAMILTON
United States District Judge