UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARY J. WALTON,

    Plaintiff(s),

    v.

K MART, INC.,

    Defendant(s).
_____/

No. C 07-0707 PJH

**SCHEDULING ORDER**

Before the court is the stipulation and proposed order in which the parties request a one-week continuance of the filing deadline for their pretrial papers, from April 29 to May 6, 2008. The pretrial conference is scheduled for May 29, 2008. Under the current schedule the opposition to any motions in limine would be due May 14, 2008. If the initial filing deadline is continued one week, the opposition would be due on May 21, 2008, leaving the court with four court days instead of nine to review papers in preparation for the pretrial conference. Accordingly, the court grants the request to extend the pretrial filing deadline to May 6, 2008. However, the opposition papers must be filed no later than May 14, 2008.

**IT IS SO ORDERED.**

Dated: April 25, 2008

_____
PHYLLIS J. HAMILTON
United States District Judge