Victor C. Thuesen, Esq., #92467
LAW OFFICES OF VICTOR C. THUESEN
11 Western Avenue
Petaluma, California 94952
Telephone: (707) 763-5030
Fax: (707) 763-1848
vthuesen@sbcglobal.net

Marc Francis, Esq., #130934
LAW OFFICES OF MARC FRANCIS
101 Golf Course Drive, Suite 217
Rohnert Park, California 94928
Telephone: (707) 664-9675
Fax: (707) 664-9299

Attorneys for Plaintiff,
Mary J. Walton

CHERYL L. SCHRECK State Bar No.: 130083
MARRIAN S. CHANG State Bar No.: 211561
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
633 West Fifth Street, 53rd Floor
Los Angeles, California 90071
Telephone:   (213) 239-9800
Facsimile:   (213) 239-9045
cheryl.schreck@ogletreedeakins.com
marrian.chang@ogletreedeakins.com

Attorneys for Defendant
Kmart Corporation (Erroneously sued as Kmart, Inc.)

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY J. WALTON,<br><br>   Plaintiff,<br><br>vs.<br><br>K-MART, INC., and DOES 1 through 20, inclusive,<br><br>   Defendants. | Case No. C07-00707 PJH (ADR)<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL |

The parties hereto, though their counsel, pursuant to Rule 41 of the Federal Rules of Civil Procedure, stipulate as follows:

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - CASE NO. C07-00707 PJH(ADR)    1

1. On May 20, 2008, the parties appeared before Magistrate Joseph Spero for a noticed settlement conference. The settlement conference resulted in an agreement upon terms that were placed on the record and agreed to by both parties. Magistrate Spero ordered that the parties comply with the terms of the agreement no later than thirty (30) days of May 20, 2008, or by June 19, 2008.

2. On the basis of the foregoing, the parties request either that the court dismiss the action, with prejudice, conditioned upon the parties' compliance with their obligations under the agreement of May 20, 2008, or that the court dismiss the action, with prejudice, and retain jurisdiction over the matter for a period of sixty (60) days to ensure compliance with the settlement agreement.

Dated: May 28, 2008

LAW OFFICES OF VICTOR C. THUESEN

By: /s/ Victor C. Thuesen
Victor C. Thuesen
Attorney for Plaintiff

DATED: May 28, 2008

CHERYL L. SCHRECK
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C

By /s/ Cheryl L. Schreck
Cheryl L. Schreck
Attorneys for Defendant Kmart Corporation
(Erroneously sued as Kmart, Inc.)

///
///
///
///
///

1  PURSUANT TO STIPULATION, IT IS ORDERED that (a) the action is dismissed, with
2  prejudice, ~~conditioned upon the parties' compliance with their obligations under the agreement of~~
3  ~~May 20, 2008, or; (b) the action is dismissed, with prejudice,~~ and the court shall retain
4  jurisdiction over the matter for a period of sixty (60) days to ensure compliance with the
5  settlement agreement.
6  Dated: 5/28/08



IT IS SO ORDERED
Judge Phyllis J. Hamilton